UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

SEAN CALE,

        Plaintiff,        Case No. 14-cv-10286

v        Honorable Thomas L. Ludington

MCLAREN HEALTH CARE CORPORATION,
CENTRAL MICHIGAN COMMUNITY HOSPITAL,
EMERGENCY MEDICINE SPECIALISTS, P.C., and
SUSAN T. FEDEWA, D.O.,

        Defendants.

_____/

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Sean Case and all Defendants stipulated and agreed that the Complaint and all claims in the above-captioned action be dismissed with prejudice. *See* ECF Nos. 21, 22. Based on those joint stipulations,

It is **ORDERED** that Sean Cale's Complaint, ECF No. 1, and all claims in this case are **DISMISSED WITH PREJUDICE**. This is a final order and closes the case.

        s/Thomas L. Ludington
        THOMAS L. LUDINGTON
        United States District Judge

Dated: December 11, 2014

---

PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on December 11, 2014.

        s/Tracy A. Jacobs
        TRACY A. JACOBS